In the Matter of the Application of IRA FINK, Appellant, for a Mandamus Order against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order deny-

ing petitioner's motion for a mandamus order to compel the municipal civil service commission of the city of New York to place his name on the official certified list of successful candidates for the position of police surgeon, medical officer, fire department; medical examiner, department of sanitation, and for other relief, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.